Dismissed and Memorandum Opinion filed July 15, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00981-CV

____________

 

IN THE INTEREST OF J.T.H.

 



 

On Appeal from the 313th District Court

Harris County, Texas

Trial Court Cause No. 2007-05396J

 



 

M E M O R
A N D U M   O P I N I O N

This appeal is from a judgment signed June 10, 2008.  No
clerk=s record has been filed.  Appellant
filed a motion to extend time to file the clerk’s record on May 17, 2010.  On
June 3, 2010, the motion was denied and appellant was ordered to provide this
court with proof of payment for the clerk’s record on or before June 23, 2010,
or the court would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment
for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices
Brown, Sullivan, and Christopher.